# United States Court of Appeals for the Federal Circuit

———————————

January 30, 2012
**ERRATA**

———————————

2011-3050, -3051

———————————

THOMAS G. JARRARD,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

------------------------------------------------

THOMAS G. JARRARD,

Petitioner

v.

SOCIAL SECURITY ADMINISTRATION,

Respondent.

———————————

Decided January 13, 2012
Precedential Opinion

———————————

Please make the following changes:

Page 2, add attorney.

Of counsel was KATHRYN A. MILLER, Assistant Regional Counsel, Office of the General Counsel, Social Security Administration, of Seattle, Washington.